[Cite as *Assn. of Cleveland Fire Fighters IAFF Local 93 v. Cleveland Dept. of Law*, 2020-Ohio-4902.]

| | |
|---|---|
| ASSOCIATION OF CLEVELAND FIRE FIGHTERS IAFF LOCAL 93 <br><br>    Requester <br><br>    v. <br><br>CITY OF CLEVELAND, DEPARTMENT OF LAW <br><br>    Respondent | Case No. 2020-00103PQ <br><br>Judge Patrick M. McGrath <br><br><u>JUDGMENT ENTRY</u> |

{¶1} On June 11, 2020, a special master issued a report and recommendation (R&R) in this public-records case. The special master recommends that the court find that (1) requester's claim for production of the requested record has been rendered moot; (2) respondent failed to provide information and opportunity for requester to revise an allegedly ambiguous request; (3) respondent failed to provide the requested record within a reasonable period of time; (4) requester is entitled to recover from respondent the amount of the filing fee of twenty-five dollars and any other costs associated with the action that were incurred by requester; and (5) court costs should be assessed to respondent.

{¶2} Neither party has filed timely written objections to the R&R, as permitted by R.C. 2743.75(F)(2) and tolled by 2020 Am.Sub.H.B. No. 197. Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, this court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} Upon review, the court determines that there is no error of law or other defect evident on the face of the R&R of June 11, 2020. The court therefore adopts the special master's R&R, including the special master's findings of fact, conclusions of law, and recommendations contained in the R&R. Judgment is rendered in favor of

requester.  Requester is entitled to recover from respondent the amount of the filing fee of twenty-five dollars and any other costs associated with the action that are incurred by requester, but requester is not entitled to recover attorney fees.  Court costs are assessed against respondent.  The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


PATRICK M. MCGRATH
Judge


**Filed August 11, 2020**
**Sent to S.C. Reporter 10/12/20**